UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>           Plaintiff,  )<br>    vs.  )<br>  )<br>LINDA JUNE EATON,  )<br>  )<br>           Defendants.  )<br>_____) | 1:03-cr-5104 OWW<br><br>ORDER FOR RETURN OF<br>PASSPORT |

The above-named defendant having been sentenced and having surrendered to the Bureau of Prisons as directed,

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or her representative.

IT IS SO ORDERED.

Dated:   March 3, 2006                    /s/ Oliver W. Wanger
emm0d6                             UNITED STATES DISTRICT JUDGE